**Koffi Steve Raoul DAGBA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–1798.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2008.

Decided: May 1, 2008.

Oti W. Nwosu, The Law Office of Oti W. Nwosu, Arlington, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, Stephen J. Flynn, Senior Litigation Counsel, Arthur L. Rabin, United States Department of Justice, Washington, D.C., for Respondent.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Koffi Steve Raoul Dagba, a native and citizen of Togo, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider the denial of his motion to reopen removal proceedings. We have reviewed the administrative record and Dagba's claims and find no abuse of discretion in the denial of the motion to reconsider. *See* 8 C.F.R. § 1003.2(a), (b) (2007).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*